```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 16031
   SHENITA WILLIAMS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6136


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/21/08 .

    2.  The case was dismissed without confirmation, 09/26/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID             PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG            .00              .00              .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE  NOT FILED                  .00              .00
NUMARK CREDIT UNION        SECURED VEHIC  NOT FILED                  .00              .00
VILLAGE OF BOLINGBROOK     SECURED        NOT FILED                  .00              .00
WELLS FARGO FINANCIAL AC   UNSECURED      NOT FILED                  .00              .00
WESTGATE RESORTS           SECURED               .00                 .00              .00
WESTGATE RESORTS           MORTGAGE ARRE  NOT FILED                  .00              .00
ILLINOIS DEPT REVENUE      PRIORITY       NOT FILED                  .00              .00
CAPITAL ONE BANK           UNSECURED      NOT FILED                  .00              .00
CHARTER ONE                UNSECURED      NOT FILED                  .00              .00
COLLECTION                 UNSECURED      NOT FILED                  .00              .00
COLLECTION                 UNSECURED      NOT FILED                  .00              .00
COMED                      UNSECURED      NOT FILED                  .00              .00
MERCHANTS CREDIT GUIDE     UNSECURED      NOT FILED                  .00              .00
NICOR GAS                  UNSECURED      NOT FILED                  .00              .00
RECEIVABLES MANAGEMENT I   UNSECURED      NOT FILED                  .00              .00
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED                  .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00         .00            .00
PRINCIPAL PAID         .00         .00          .00         .00            .00
INTEREST PAID          .00         .00          .00         .00            .00
TOTAL PAID             .00         .00          .00         .00            .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
and was paid $      36.00   direct and $         .00  through the plan.

The Trustee received $          .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/18/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 16031 SHENITA WILLIAMS
```